**Order entered April 3, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-20-00369-CV**

**IN RE MICHAEL DWAIN WILLIAMS, Relator**

**Original Proceeding from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F15-00248-J**

**ORDER**

Before the Court is relator's March 17, 2020 petition for writ of mandamus. We request that the real party in interest and respondent file their responses, if any, to the petition for writ of mandamus on or before **April 21, 2020**.

The Court **DIRECTS** the Clerk to send copies of this order to the Honorable Gracie Lewis, Presiding Judge, Criminal District Court No. 3; and to John Creuzot, Dallas County District Attorney. We **FURTHER DIRECT** the Clerk of the Court to mail a copy of this order, by first class mail, to Michael Dwain Williams; TDCJ No. 02013533; Sanders Estes Unit; 1100 Highway 1807; Venus, Texas 76084.

/s/     LANA MYERS
        JUSTICE